UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICKEY O'ROY, | ) | 1:05-CV-0339 OWW LJO P |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING EXTENSION OF TIME |
| | ) | (DOCUMENT #10) |
| v. | ) | |
| | ) | |
| MARES, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On July 6, 2006, plaintiff filed a motion to extend time to file an amended complaint or otherwise respond to the court's order of June 13, 2006. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file his amended complaint.

IT IS SO ORDERED.

**Dated:   July 28, 2006**          **/s/ Lawrence J. O'Neill**
b6edp0                                      UNITED STATES MAGISTRATE JUDGE