UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICKEY O'ROY, | ) | 1:05-cv-0339 OWW LJO P |
| Plaintiff, | ) ) | ORDER GRANTING SECOND EXTENSION OF TIME |
| v. | ) ) | (DOCUMENT #12) |
| MARES, et al., | ) ) | |
| Defendants. | ) ) ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On August 28, 2006, plaintiff filed a second motion to extend time to file an amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file an amended complaint.

IT IS SO ORDERED.

**Dated:   September 27, 2006**          /s/ Lawrence J. O'Neill
b6edp0                                            UNITED STATES MAGISTRATE JUDGE