IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **RICKEY O'ROY,** | Case No. 1:05-CV-00339 -FRZ |
| Plaintiff, | **ORDER** |
| v. | |
| **MARES,** | |
| Defendant. | |

    For good cause shown, Defendants' motion (Doc. #30) for an extension of time file the motions in limine is granted. The parties' motions in limine shall be due thirty days after resolution of Defendant's dispositive motion. Furthermore, Plaintiff's motion (Doc. #28) for an extension of time to file a response to the motion to dismiss is granted.

    Dated this 13th day of October, 2009.

*Frank R. Zapata*
FRANK R. ZAPATA
United States District Judge

1

[Proposed] Order (1:05-CV-00339 -FRZ)