

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rickey O'Roy, | CASE NO. 1:05-CV-00339 |
| Plaintiff, | NOTICE AND ORDER THAT PLAINTIFF IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| Correctional Officer Mares, | |
| Defendant. | |

Inmate **Rickey O'Roy, CDCR# C75621**, is no longer needed by the Court as a witness in these proccedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: 12-6-2011

FRANK R. ZAPATA
UNITED STATES DISTRICT JUDGE