UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

RICKEY O'ROY,

        Plaintiff,

vs.

CORRECTIONAL OFFICER MARES,

        Defendant.
_____/

**JUDGMENT IN A CIVIL ACTION**

1:05-CV-339 FRZ-PC

    JURY VERDICT: This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in accordance with the jury verdict rendered on 12/6/2011 in favor of defendant, Correctional Officer Erik Mares, and against plaintiff, Rickey O'Roy.

DATED: 12/7/2011

                        VICTORIA C. MINOR, Clerk


                        By: /s/ Michelle Means Rooney
                            Michelle Means Rooney
                               Deputy Clerk

jgm.civ
2/1/95