```
              UNITED STATES DISTRICT COURT

              EASTERN DISTRICT OF CALIFORNIA
```

RICKEY O'ROY,

        Plaintiff,

**JUDGMENT IN A CIVIL ACTION**

vs.

1:05-CV-339 FRZ-PC

CORRECTIONAL OFFICER MARES,

        Defendant.
_____/

        JURY VERDICT:  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

        IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in accordance with the jury verdict rendered on 12/6/2011 in favor of defendant, Correctional Officer Erik Mares, and against plaintiff, Rickey O'Roy.

DATED: 12/7/2011

                                          VICTORIA C. MINOR, Clerk

                                  By: /s/ Michelle Means Rooney
                                      Michelle Means Rooney
                                          Deputy Clerk

jgm.civ
2/1/95